**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jan** | | **Dobben** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carla** | **L.** | **Dobben** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **17-50169-btr**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**1995 CR 2225, Detroit, TX 75436**
**Home and 165 acres**

_____
County

**What is the property?**
Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$350,000.00

**Current value of the portion you own?**
$350,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Homestead**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Jan Dobben**

Debtor 2    **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

---

| 1.2.<br>**2013 CR 2225, Detroit, TX 75436**<br>**35 acres attached to Home located at**<br>**1995 CR 2225, Detroit, TX 75436**<br><br><br>County | **What is the property?** Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br>$135,000.00          $135,000.00 |
|---|---|---|
| | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☒ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>Other information you wish to add about this item, such as local property identification number: | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**<br><br>**Homestead**<br><br>☐ Check if this is community property<br>(see instructions) |

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................. ➤   | **$485,000.00** |

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1.<br>Make:   **Chevrolet**<br>Model:   **Tahoe**<br>Year:   **2011**<br>Approximate mileage: _____<br>Other information:<br>**2011 Chevrolet Tahoe** | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☒ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this is community property<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br>$15,000.00          $15,000.00 |
|---|---|---|
| 3.2.<br>Make:   **Dodge**<br>Model:   **Ram**<br>Year:   **2001**<br>Approximate mileage: _____<br>Other information:<br>**2001 Dodge Ram** | **Who has an interest in the property?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this is community property<br>(see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?**   **Current value of the portion you own?**<br>$9,000.00          $9,000.00 |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

---

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**                                    Case number (if known)  **17-50169-btr**

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2. Write that number here............................................ ➔   | **$24,000.00** |

| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe.....   **Household Furniture & Fixtures**                     **$2,000.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes. Describe.....   **1 laptop computer**                                  **$200.00**
                           **1 32" Television**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments
    ☑ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....   **1 Rifle**                                            **$100.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....   **See continuation page(s).**                          **$200.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
    ☐ No
    ☑ Yes. Describe.....   **See continuation page(s).**                          **$3,000.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.....   **2 Dogs - family pets**                               **$0.00**

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**
    ☑ No
    ☐ Yes. Give specific
    information.............

| Debtor 1 | **Jan Dobben** | | |
|---|---|---|---|
| Debtor 2 | **Carla L. Dobben** | Case number (if known) | **17-50169-btr** |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**..................................................................................➔ | $5,500.00 |

---

### Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes................................................................................................................................ Cash: ..........................  _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.......................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Liberty National Bank - Checking account** | $100.00 |
| 17.2. | Checking account: | **First Federal Bank Checking Account** | $100.00 |
| 17.3. | Savings account: | **First Federal Bank Savings account** | $75.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.......................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them.......................... Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately. | Type of account: | Institution name: |

| | | |
|---|---|---|
| | Retirement account: | **Dairy Farmers of America Retirement acct - Bank owned** | $0.00 |

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**                                    Case number (if known)   **17-50169-btr**

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☑ Yes............................    Institution name or individual:

    Electric:    **Electric service security deposit**                        **$100.00**

    Water:    **Water service security deposit**                        **$100.00**

**23.** **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description:

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
**powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific    **Dairy Milk Producer Permit**                        **$0.00**
information about them

**Money or property owed to you?**                        **Current value of the**
**portion you own?**
Do not deduct secured
claims or exemptions.

**28.** **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether        Federal:_____
you already filed the returns        State:_____
and the tax years......................    Local:_____

**29.** **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information        Alimony:        _____

Maintenance:        _____

Support:        _____

Divorce settlement: _____

Property settlement: _____

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**                                              Case number (if known)  **17-50169-btr**

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
              compensation, Social Security benefits; unpaid loans you made to someone else

    ☒ No
    ☐ Yes. Give specific information                                                              _____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☒ No
    ☐ Yes. Name the insurance
        company of each policy
        and list its value................   Company name:              Beneficiary:           Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☒ No
    ☐ Yes. Give specific information                                                              _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No
    ☐ Yes. Describe each claim........                                                            _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
    rights to set off claims**

    ☒ No
    ☐ Yes. Describe each claim........                                                            _____

35. **Any financial assets you did not already list**

    ☒ No
    ☐ Yes. Give specific information                                                              _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attached for Part 4. Write that number here**.................................................................➔  | **$475.00** |

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☒ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

                                                                          **Current value of the
                                                                          portion you own?**
                                                                          Do not deduct secured
                                                                          claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☒ No
    ☐ Yes. Describe..                                                                             _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
              desks, chairs, electronic devices

    ☒ No
    ☐ Yes. Describe..                                                                             _____

| Debtor 1 | **Jan Dobben** | | |
|---|---|---|---|
| Debtor 2 | **Carla L. Dobben** | Case number (if known) | **17-50169-btr** |

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe.. _____

**41.  Inventory**

☑ No
☐ Yes.  Describe.. _____

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                                    % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes.  Describe..... _____

**44.  Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here......................................................................................... ➔** | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes.... _____

**48.  Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information................ _____

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes....  **2014 Kubota Mower**                                    **$5,000.00**

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____

Debtor 1   **Jan Dobben**

Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

---

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here...........................................................** ➔ | **$5,000.00** |

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

---

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here.............................** ➔ | **$0.00** |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

---

**55. Part 1: Total real estate, line 2.............................................................................** ➔   $485,000.00

**56. Part 2: Total vehicles, line 5**                          $24,000.00

**57. Part 3: Total personal and household items, line 15**      $5,500.00

**58. Part 4: Total financial assets, line 36**                  $475.00

**59. Part 5: Total business-related property, line 45**         $0.00

**60. Part 6: Total farm- and fishing-related property, line 52**  $5,000.00

**61. Part 7: Total other property not listed, line 54**    +    $0.00

**62. Total personal property.**   Add lines 56 through 61...................  | $34,975.00 |   Copy personal property total ➔ +   $34,975.00

**63. Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................   | **$519,975.00** |

| Debtor 1 | **Jan Dobben** | | |
|----------|----------------|---|---|
| Debtor 2 | **Carla L. Dobben** | Case number (if known) | **17-50169-btr** |

**11.** Clothes (details):

| | |
|---|---|
| **Misc. Men's clothing and accessories** | **$100.00** |
| **Misc. Women's clothing and accessories** | **$100.00** |

**12.** Jewelry (details):

| | |
|---|---|
| **Misc. Women's costume jewelry and wedding rings** | **$2,000.00** |
| **Men's wedding rings** | **$1,000.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jan** | | **Dobben** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carla** | **L.** | **Dobben** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-50169-btr**
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1995 CR 2225, Detroit, TX 75436**<br>**Home and 165 acres**<br>Line from *Schedule A/B*:   **1.1** | $350,000.00 | ☑ $350,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2013 CR 2225, Detroit, TX 75436**<br>**35 acres attached to Home located at**<br>**1995 CR 2225, Detroit, TX 75436**<br>Line from *Schedule A/B*:   **1.2** | $135,000.00 | ☑ $5,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2011 Chevrolet Tahoe** <br><br> Line from *Schedule A/B*: __**3.1**__ | **$15,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2001 Dodge Ram** <br><br> Line from *Schedule A/B*: __**3.2**__ | **$9,000.00** | ☑ **$9,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Household Furniture & Fixtures** <br><br> Line from *Schedule A/B*: __**6**__ | **$2,000.00** | ☑ **$2,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 laptop computer** **1 32" Television** <br> Line from *Schedule A/B*: __**7**__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **1 Rifle** <br><br> Line from *Schedule A/B*: __**10**__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **Misc. Men's clothing and accessories** <br><br> Line from *Schedule A/B*: __**11**__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Misc. Women's clothing and accessories** <br><br> Line from *Schedule A/B*: __**11**__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description: **Misc. Women's costume jewelry and wedding rings** <br> Line from *Schedule A/B*: __**12**__ | **$2,000.00** | ☑ **$2,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **Men's wedding rings** <br><br> Line from *Schedule A/B*: __**12**__ | **$1,000.00** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben** _____    Case number (if known)    **17-50169-btr**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2 Dogs - family pets** <br> Line from *Schedule A/B*:  **13** | **$0.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **Dairy Farmers of America Retirement acct - Bank owned** <br> Line from *Schedule A/B*:  **21** | **$0.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **2014 Kubota Mower** <br> Line from *Schedule A/B*:  **49** | **$5,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |

**Fill in this information to identify your case:**

Debtor 1     **Jan**               **Dobben**
           First Name        Middle Name       Last Name

Debtor 2     **Carla**        **L.**        **Dobben**
(Spouse, if filing) First Name      Middle Name       Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number   **17-50169-btr**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

**Alliance Bank**
Creditor's name
**Attn: Jason Thompson**
Number    Street
**100 W. Jefferson Street**

**Sulphur Springs   TX   75482**
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**Dairy Farmers of America Retirement account**

| | | |
|---|---|---|
| Unknown | $0.00 | Unknown |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Business Debt**

**Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $0.00 |
|---|

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**                                    Case number (if known)   **17-50169-btr**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**First Federal Community Bank**
Creditor's name
**3010 NE Loop 286**
Number    Street

Describe the property that secures the claim:

**2011 Chevrolet Tahoe**

$15,000.00     $15,000.00

**Paris**           **TX**   **75460**
City              State   ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred _____     Last 4 digits of account number   **9   4   0   7**

---

**2.3**

**Kubota Credit Corporation, U.S.A.**
Creditor's name
**1000 Kubota Drive**
Number    Street

Describe the property that secures the claim:

**2014 Kubota Mower**

$5,000.00     $5,000.00

**Grapevine**        **TX**   **76051**
City              State   ZIP Code

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred _____     Last 4 digits of account number   **6   9   0   4**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**          **$20,000.00**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**USDA - FSA**
Creditor's name
**Attn: David Dunmon**
Number    Street
**2504 N. Center Street**

Describe the property that secures the claim:

**2013 CR 2225, Detroit, TX 75436**

$129,600.00          $135,000.00

**Bonham          TX    75418**
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Business Debt of Middelkoop Dairy, LLC**

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:          $129,600.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:          $149,600.00

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Jan** | **Dobben** |
| | First Name   Middle Name | Last Name |
| Debtor 2 | **Carla** | **L.** | **Dobben** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number   **17-50169-btr**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **$5,500.00** | **$5,500.00** | **$0.00** |

| | |
|---|---|
| **Lamar County Appraisal District** | Last 4 digits of account number   **1  8  3  0** |
| Priority Creditor's Name | |
| **521 Bonham Street** | When was the debt incurred?   **2016** |
| Number          Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| **Paris**            **TX**     **75460** | ☐ Unliquidated |
| City                  State    ZIP Code | ☐ Disputed |
| **Who incurred the debt?**   Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☑ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☑ At least one of the debtors and another | intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**                                                Case number (if known)   **17-50169-btr**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2**

| | | $669.73 | $669.73 | $0.00 |

**Red River Appraisal District**
Priority Creditor's Name
**PO Box 461**
Number     Street

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   __2016__

_____

**Clarksville**            **TX**    **75426**
City                       State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.3**

| | | $388.56 | $388.56 | $0.00 |

**Red River County Tax**
Priority Creditor's Name
**200 N. Walonut Street**
Number     Street

Last 4 digits of account number   __1__ __8__ __3__ __0__
When was the debt incurred?   __2016__

_____

**Clarksville**            **TX**    **75426**
City                       State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑   Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**$201.31**

**AgPro**
Nonpriority Creditor's Name
**859 Airport Road**
Number        Street



**Paris**                                    **TX      75462**
City                                        State      ZIP Code

**Who incurred the debt?**   Check one.

☐   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☑   At least one of the debtors and another

☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑   No
☐   Yes

**Last 4 digits of account number**   **0   0   0   3**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**

☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

**4.2**

**$596,984.87**

**Alliance Bank**
Nonpriority Creditor's Name
**Attn: Jason Thompson**
Number        Street
**100 W. Jefferson Street**



**Sulphur Springs**                      **TX      75482**
City                                        State      ZIP Code

**Who incurred the debt?**   Check one.

☐   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☑   At least one of the debtors and another

☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑   No
☐   Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**

☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.3 |

**$75,000.00**

**Alliance Bank**
Nonpriority Creditor's Name
**Attn: Jason Thompson**
Number      Street
**100 W. Jefferson Street**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sulphur Springs          TX      75482**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Business Debt of Middelkoop Dairy, LLC**

| 4.4 |

**$29,841.41**

**Alliance Bank**
Nonpriority Creditor's Name
**Attn: Jason Thompson**
Number      Street
**100 W. Jefferson Street**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sulphur Springs          TX      75482**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Business Debt of Middelkoop Dairy, LLC**

**2nd Mortgage**

Debtor 1  **Jan Dobben**
Debtor 2  **Carla L. Dobben**

Case number (if known)  **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.5**

**$242,935.38**

**Alliance Bank**
Nonpriority Creditor's Name
**Attn: Jason Thompson**
Number      Street
**100 W. Jefferson Street**

**Sulphur Springs         TX      75482**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

**4.6**

**$27,000.00**

**Alliance Bank**
Nonpriority Creditor's Name
**Attn: Jason Thompson**
Number      Street
**100 W. Jefferson Street**

**Sulphur Springs         TX      75482**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

**4.7**

**$625.00**

**Animal Health Center**
Nonpriority Creditor's Name
**4200 Clarksville Street**
Number      Street

**Paris                        TX      75462**
City                              State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.8**

**$230.94**

**Bealls**
Nonpriority Creditor's Name
**c/o Commenity Bank**
Number   Street
**PO Box 182773**

**Columbus          OH     43218**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **5  8  5  3**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

---

**4.9**

**$2,890.69**

**Belk**
Nonpriority Creditor's Name
**c/o Synchrony Bank**
Number   Street
**PO Box 965060**

**Orlando          FL     32896**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **7  0  8  3**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

---

**4.10**

**$6,960.00**

**Big Country Farm Center**
Nonpriority Creditor's Name
**Attn: Shane Phifer**
Number   Street
**1800 17th NE**

**Paris            TX     75460**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

---

Debtor 1  **Jan Dobben**
Debtor 2  **Carla L. Dobben**                                         Case number (if known)  **17-50169-btr**

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.                                                            **Total claim**

| 4.11 |                                                                 **$103.63**

**Blossom Hardware**                        Last 4 digits of account number   **0  1  0  6**
Nonpriority Creditor's Name
**PO Box 9**                                When was the debt incurred?
Number       Street
                                            As of the date you file, the claim is: Check all that apply.
                                            ☐ Contingent
                                            ☐ Unliquidated
**Blossom**            **TX**   **75416**   ☐ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.     Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
**Is the claim subject to offset?**              **Business Debt of Middelkoop Dairy, LLC**
☑ No
☐ Yes

| 4.12 |                                                                 **$100.00**

**Blossom Telephone**                       Last 4 digits of account number   **6  9  6  1**
Nonpriority Creditor's Name
**PO Box 8**                                When was the debt incurred?
Number       Street
                                            As of the date you file, the claim is: Check all that apply.
                                            ☐ Contingent
                                            ☐ Unliquidated
**Blossom**            **TX**   **75416**   ☐ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.     Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☑ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
**Is the claim subject to offset?**              **Business Debt of Middelkoop Dairy, LLC**
☑ No
☐ Yes

| 4.13 |                                                                 **$3,798.93**

**Capital One**                             Last 4 digits of account number   **5  0  8  3**
Nonpriority Creditor's Name
**PO Box 60599**                            When was the debt incurred?
Number       Street
                                            As of the date you file, the claim is: Check all that apply.
                                            ☐ Contingent
                                            ☐ Unliquidated
**City of Industry**   **CA**   **91716**   ☐ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.     Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
**Is the claim subject to offset?**              **Credit Card**
☑ No
☐ Yes

Debtor 1   **Jan Dobben**

Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.14 | | **$8,000.00** |

**Citibank**
Nonpriority Creditor's Name

**PO Box 6077**
Number      Street

**Sioux Falls            SD      57117**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0  1  5  1

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

| 4.15 | | **$48,000.00** |

**City National Bank**
Nonpriority Creditor's Name

**Attn: Lance Looney**
Number      Street

**201 Conally Street**

**Sulphur Springs        TX      75482**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt of Middelkoop Dairy, LLC**

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
| --- |

4.16

**CNH Productivity Plus Account**
Nonpriority Creditor's Name
**Dept 93-1105400935**
Number      Street
**PO Box 78004**

**Phoenix**            **AZ**      **85062**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Tractor Repairs**

**Last 4 digits of account number**   __ __  __ __  __ __  __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt of Middelkoop Dairy, LLC**

$4,350.77

4.17

**Commodity Specialist**
Nonpriority Creditor's Name
**4806 Solutions Center**
Number      Street

**Chicago**            **IL**      **60677**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4  6  5  5

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt of Middelkoop Dairy, LLC**

$29,214.69

Debtor 1    **Jan Dobben**

Debtor 2    **Carla L. Dobben**

Case number (if known) **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.18**

$4,679.88

**Cooper Propane**
Nonpriority Creditor's Name

**PO Box 1153**
Number    Street

**Paris**                    **TX**    **75461**
City                         State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **D  D  A  I**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Business Debt of Middelkoop Dairy, LLC**

---

**4.19**

$4,214.73

**Dairy Health Services**
Nonpriority Creditor's Name

**3135 Texas Highway 11E**
Number    Street

**Sulphur Springs**          **TX**    **75482**
City                         State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **M  D  L  K**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Business Debt of Middelkoop Dairy, LLC**

---

**4.20**

$929.36

**Dairy Supply**
Nonpriority Creditor's Name

**3135 Texas Highway 11E**
Number    Street

**Sulphur Springs**          **TX**    **75482**
City                         State    ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    __  __  __  __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Business Debt of Middelkoop Dairy, LLC**

---

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**
_____    Case number (if known)   **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                          | **Total claim** |

**4.21**                                                                                         **$10,500.00**

**Diversified Financial**                              **Last 4 digits of account number** __ __ __ __
Nonpriority Creditor's Name
**Attn: Carmen Warkenhast**                            **When was the debt incurred?** _____

**1410 First National Bank Parkway**                   **As of the date you file, the claim is:** Check all that apply.
Number        Street
                                                       ☐ Contingent
                                                       ☐ Unliquidated
                                                       ☐ Disputed
**Omaha**                    **NE**   **68154**
City                         State    ZIP Code         **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
                                                       ☐ Student loans
☐ Debtor 1 only                                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                           that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ At least one of the debtors and another             ☑ Other. Specify
☐ **Check if this claim is for a community debt**         **Business Debt of Middelkoop Dairy, LLC**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.22**                                                                                          **$499.13**

**DTN / The Progressive Farmer**                       **Last 4 digits of account number** __ __ __ __
Nonpriority Creditor's Name
**9110 W. Dodge Road, Suite 3334**                     **When was the debt incurred?** _____
Number        Street
                                                       **As of the date you file, the claim is:** Check all that apply.
                                                       ☐ Contingent
                                                       ☐ Unliquidated
                                                       ☐ Disputed
**Omaha**                    **NE**   **68114**
City                         State    ZIP Code         **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
                                                       ☐ Student loans
☐ Debtor 1 only                                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                           that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ At least one of the debtors and another             ☑ Other. Specify
☐ **Check if this claim is for a community debt**         **Business Debt of Middelkoop Dairy, LLC**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.23**                                                                                         **$6,000.00**

**El Dorado Chemicals**                                **Last 4 digits of account number** **M  D  L  K**
Nonpriority Creditor's Name
**PO Box 973242**                                      **When was the debt incurred?** _____
Number        Street
                                                       **As of the date you file, the claim is:** Check all that apply.
                                                       ☐ Contingent
                                                       ☐ Unliquidated
                                                       ☐ Disputed
**Dallas**                   **TX**   **75397**
City                         State    ZIP Code         **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
                                                       ☐ Student loans
☐ Debtor 1 only                                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                           that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ At least one of the debtors and another             ☑ Other. Specify
☐ **Check if this claim is for a community debt**         **Business Debt of Middelkoop Dairy, LLC**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| | |
|---|---|
| **4.24** | **$10,000.00** |

**Farm Country**
Nonpriority Creditor's Name
**Attn: Ricky Frasier**
Number     Street
**PO Box 484**

**Sulphur Springs          TX     75482**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     **9   3   6   8**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

| | |
|---|---|
| **4.25** | **$50,000.00** |

**Feeders Supply**
Nonpriority Creditor's Name
**PO Box 792**
Number     Street

**Sulphur Springs          TX     75483**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

| | |
|---|---|
| **4.26** | **$62,463.52** |

**Freerk de Jong**
Nonpriority Creditor's Name
**c/o Roland A. Mosher**
Number     Street
**The Mosher Justice Center**

**50 North Main**

**Paris          TX     75460**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**

$432.00

**Guaranty Bank**
Nonpriority Creditor's Name
**PO Box 790408**
Number    Street

**St. Louis          MO     63179**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7   0   2   8**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.28**

$500.00

**Highway 82 Welding**
Nonpriority Creditor's Name
**4687 Highway 82 E**
Number    Street

**Paris              TX     75462**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **M   A   L   K**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Business Debt of Middelkoop Dairy, LLC**

**4.29**

$5,598.54

**Home Depot**
Nonpriority Creditor's Name
**PO Box 790328**
Number    Street

**St. Louis          MO     63179**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8   6   2   0**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known) **17-50169-btr**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.30**                                                                                                     **$9,364.00**

**I-B-A Dairy Supplies**
Nonpriority Creditor's Name
**PO Box 622**
Number        Street

_____

**Sulphur Springs          TX      75483**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

---

**4.31**                                                                                                     **$1,815.00**

**JAK Fertilizer**
Nonpriority Creditor's Name
**PO Box 616**
Number        Street

_____

**Blossom                  TX      75416**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

---

**4.32**                                                                                                     **$1,255.00**

**JC Penny**
Nonpriority Creditor's Name
**c/o Synchrony Bank**
Number        Street
**PO Box 965060**

_____

**Orlando                  FL      32896**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  6  3  8  1
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

---

Debtor 1 **Jan Dobben**
Debtor 2 **Carla L. Dobben**

Case number (if known) **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.33

**$36,247.46**

**Joseph & Georgia Frankenberg**
Nonpriority Creditor's Name
**741 CR 44850**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Blossom          TX     75416**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

### 4.34

**$1,474.61**

**Lamar County Electric**
Nonpriority Creditor's Name
**1485 N. Main Street**
Number       Street

Last 4 digits of account number  **6   8   0   t**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Paris          TX     75461**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

### 4.35

**$1,397.06**

**Lamar County Water Supply**
Nonpriority Creditor's Name
**PO Box 188**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Brookston          TX     75421**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.36 | |
|---|---|

**$34,293.42**

**Livestock Nutrition Center**
Nonpriority Creditor's Name
**500 Burlington Road**
Number    Street

**Saginaw**      **TX**    **76179**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

| 4.37 | |
|---|---|

**$2,381.16**

**McCraw Oil**
Nonpriority Creditor's Name
**PO Box 220**
Number    Street

**Bonham**      **TX**    **75418**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   3   6   8
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

| 4.38 | |
|---|---|

**$1,270.55**

**N.E. Texas Coop**
Nonpriority Creditor's Name
**428 North Jacksboro Highway**
Number    Street

**Sulphur Springs**    **TX**    **75483**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

Debtor 1   **Jan Dobben**

Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.39**

**Nationwide Insurance**
Nonpriority Creditor's Name
**PO Box 514540**
Number          Street

**Los Angeles**          **CA**   **90051**
City                          State     ZIP Code

**$7,501.59**

Last 4 digits of account number   **0** **8** **1** **2**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt of Middelkoop Dairy, LLC**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.40**

**Paris Farm & Ranch**
Nonpriority Creditor's Name
**1710 NE Loop 286**
Number          Street

**Paris**          **TX**   **75460**
City                          State     ZIP Code

**$34.62**

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt of Middelkoop Dairy, LLC**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.41**

**Pest Protector Service**
Nonpriority Creditor's Name
**5932 Highway 154 S**
Number          Street

**Sulphur Springs**          **TX**   **75482**
City                          State     ZIP Code

**$3,461.92**

Last 4 digits of account number   **M** **A** **L** **K**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Business Debt of Middelkoop Dairy, LLC**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**                                    Case number (if known) **17-50169-btr**

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.42 | | **$7,311.66** |
|---|---|---|

**R.J. VanBeek**
Nonpriority Creditor's Name
**3689 460th Street**
Number        Street

**Orange City        IA        51041**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4   9   5   5
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Business Debt of Middelkoop Dairy, LLC**

---

| 4.43 | | **$2,171.55** |
|---|---|---|

**Richard Drake**
Nonpriority Creditor's Name
**6290 Highway 271 N**
Number        Street

**Powderly        TX        75473**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Business Debt of Middelkoop Dairy, LLC**

---

| 4.44 | | **$4,420.00** |
|---|---|---|

**Sam's**
Nonpriority Creditor's Name
**c/o Synchrony Bank**
Number        Street
**PO Box 965060**

**Orlando        FL        32896**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8   4   0   5
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify   **Credit Card**

---

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.45**

**Sanitation Solutions**                                          $701.97
Nonpriority Creditor's Name
**PO Box 6190**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Paris**              **TX**   **75461**
City              State   ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**4.46**

**Sears**                                                         $1,975.00
Nonpriority Creditor's Name
**PO Box 6282**
Number        Street

Last 4 digits of account number  **9   6   8   0**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sioux Falls**        **SD**   **57117**
City              State   ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**4.47**

**Sears**                                                         $772.00
Nonpriority Creditor's Name
**PO Box 6282**
Number        Street

Last 4 digits of account number  **6   6   9   0**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sioux Falls**        **SD**   **57117**
City              State   ZIP Code

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor 1   **Jan Dobben**

Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.48 | | $193.49 |
|---|---|---|

**Southern Milk Test**
Nonpriority Creditor's Name
**PO Box 380**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Como**          **TX**   **75431**
City              State  ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Debt of Middelkoop Dairy, LLC**

| 4.49 | | $199.00 |
|---|---|---|

**Sprint**
Nonpriority Creditor's Name
**PO Box 54977**
Number       Street

Last 4 digits of account number  _6_ _4_ _6_ _1_

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Los Angeles**     **CA**   **90054**
City              State  ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Debt of Middelkoop Dairy, LLC**

| 4.50 | | $5,816.88 |
|---|---|---|

**Sunbelt Minerals**
Nonpriority Creditor's Name
**1276 FM 2560**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Sulphur Springs**   **TX**   **75482**
City              State  ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Business Debt of Middelkoop Dairy, LLC**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**                                    Case number (if known)   **17-50169-btr**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

| 4.51 | | **$2,640.00** |
| --- | --- | --- |

**Tri County Construction**
Nonpriority Creditor's Name
**970 Texas Highway 375 S**
Number        Street

**Mt. Vernon**          **TX**     **75457**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

| 4.52 | | **$200,000.00** |
| --- | --- | --- |

**USDA - FSA**
Nonpriority Creditor's Name
**Attn: David Dunmon**
Number     Street
**2504 N. Center Street**

**Bonham**          **TX**     **75418**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Loan #1: $82,662.63 + accrued interest**
**Loan #2: $104,206.22 + accrued interest**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Business Debt of Middelkoop Dairy, LLC**

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**                                      Case number (if known)   **17-50169-btr**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.53 | | $1,240.00 |

**Walmart**
Nonpriority Creditor's Name
**c/o Synchrony Bank**
Number    Street
**PO Box 965060**

**Orlando**              **FL**      **32896**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **2   9   3   4**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| 4.54 | | $1,985.00 |

**Wells Fargo Bank**
Nonpriority Creditor's Name
**PO Box 522**
Number    Street

**Des Moines**            **IA**      **50306**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **0   3   7   5**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| 4.55 | | $2,340.00 |

**Wheeler Construction**
Nonpriority Creditor's Name
**59 CR 44105**
Number    Street

**Paris**                **TX**      **75462**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Business Debt of Middelkoop Dairy, LLC**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.56**

**$7,167.01**

**William "Bill" Zahn**
Nonpriority Creditor's Name
**1605 Raintree**
Number          Street

_____

**Sulphur Springs          TX      75482**
City                              State      ZIP Code

**Who incurred the debt?**      Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**      __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Debt of Middelkoop Dairy, LLC**

| Debtor 1 | **Jan Dobben** | | |
|---|---|---|---|
| Debtor 2 | **Carla L. Dobben** | Case number (if known) | **17-50169-btr** |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Commodity Specialist**
Name
**Attn: Charlie Simon**
Number    Street
**211 Cinnabar**

**League City**         **TX**    **77573**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.17**  of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Dairy Farmers of America**
Name
**10220 N. Ambassador Drive**
Number    Street

**Kansas City**         **MO**    **64190**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  _____  of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**James R. Rodgers**
Name
**The Moore Law Firm, L.L.P.**
Number    Street
**100 North  Main Street**

**Paris**         **TX**    **75460**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.33**  of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**
Case number (if known)    **17-50169-btr**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $6,558.29 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $6,558.29 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $1,571,484.73 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $1,571,484.73 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jan** | | **Dobben** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carla** | **L.** | **Dobben** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **17-50169-btr**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Jan** | **Dobben** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Carla** **L.** | **Dobben** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-50169-btr**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☑ Yes

      In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

      **Carla L. Dobben**
      Name of your spouse, former spouse, or legal equivalent
      **1995 CR 2225**
      Number        Street

      **Detroit**                **TX**        **75436**
      City                       State        ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*. Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Middelkoop Dairy, LLC** |
   |---|---|
   | | Name |
   | | **1995 CR 2225** |
   | | Number        Street |
   | | **Detroit, X 75436** |
   | | City                State        ZIP Code |

   ☐ Schedule D, line _____

   ☑ Schedule E/F, line **4.1**

   ☐ Schedule G, line _____

   **AgPro**

Debtor 1  **Jan Dobben**
Debtor 2  **Carla L. Dobben**

Case number (if known)  **17-50169-btr**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number    Street |
| | **Detroit, X 75436** |
| | |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.2**
- ☐ Schedule G, line _____

**Alliance Bank**

| 3.3 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number    Street |
| | **Detroit, X 75436** |
| | |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.3**
- ☐ Schedule G, line _____

**Alliance Bank**

| 3.4 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number    Street |
| | **Detroit, X 75436** |
| | |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.4**
- ☐ Schedule G, line _____

**Alliance Bank**

| 3.5 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number    Street |
| | **Detroit, X 75436** |
| | |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.5**
- ☐ Schedule G, line _____

**Alliance Bank**

| 3.6 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number    Street |
| | **Detroit, X 75436** |
| | |
| | City        State      ZIP Code |

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **4.6**
- ☐ Schedule G, line _____

**Alliance Bank**

| 3.7 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number    Street |
| | **Detroit, X 75436** |
| | |
| | City        State      ZIP Code |

- ☑ Schedule D, line  **2.1**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Alliance Bank**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

████    **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number       Street |
| | **Detroit, X 75436** |
| | City                                State            ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.7**
☐ Schedule G, line _____
**Animal Health Center**

| 3.9 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number       Street |
| | **Detroit, X 75436** |
| | City                                State            ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.10**
☐ Schedule G, line _____
**Big Country Farm Center**

| 3.10 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number       Street |
| | **Detroit, X 75436** |
| | City                                State            ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.11**
☐ Schedule G, line _____
**Blossom Hardware**

| 3.11 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number       Street |
| | **Detroit, X 75436** |
| | City                                State            ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.12**
☐ Schedule G, line _____
**Blossom Telephone**

| 3.12 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number       Street |
| | **Detroit, X 75436** |
| | City                                State            ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.15**
☐ Schedule G, line _____
**City National Bank**

| 3.13 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |
| | **1995 CR 2225** |
| | Number       Street |
| | **Detroit, X 75436** |
| | City                                State            ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.16**
☐ Schedule G, line _____
**CNH Productivity Plus Account**

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Middelkoop Dairy, LLC** |
|------|---------------------------|
| | Name |
| | **1995 CR 2225** |
| | Number        Street |
| | **Detroit, X 75436** |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.17**
☐ Schedule G, line _____
**Commodity Specialist**

City        State        ZIP Code

| 3.15 | **Middelkoop Dairy, LLC** |
|------|---------------------------|
| | Name |
| | **1995 CR 2225** |
| | Number        Street |
| | **Detroit, X 75436** |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.18**
☐ Schedule G, line _____
**Cooper Propane**

City        State        ZIP Code

| 3.16 | **Middelkoop Dairy, LLC** |
|------|---------------------------|
| | Name |
| | **1995 CR 2225** |
| | Number        Street |
| | **Detroit, X 75436** |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.19**
☐ Schedule G, line _____
**Dairy Health Services**

City        State        ZIP Code

| 3.17 | **Middelkoop Dairy, LLC** |
|------|---------------------------|
| | Name |
| | **1995 CR 2225** |
| | Number        Street |
| | **Detroit, X 75436** |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.20**
☐ Schedule G, line _____
**Dairy Supply**

City        State        ZIP Code

| 3.18 | **Middelkoop Dairy, LLC** |
|------|---------------------------|
| | Name |
| | **1995 CR 2225** |
| | Number        Street |
| | **Detroit, X 75436** |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.21**
☐ Schedule G, line _____
**Diversified Financial**

City        State        ZIP Code

| 3.19 | **Middelkoop Dairy, LLC** |
|------|---------------------------|
| | Name |
| | **1995 CR 2225** |
| | Number        Street |
| | **Detroit, X 75436** |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.22**
☐ Schedule G, line _____
**DTN / The Progressive Farmer**

City        State        ZIP Code

Debtor 1    **Jan Dobben**
Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.20**

**Middelkoop Dairy, LLC**
Name
**1995 CR 2225**
Number        Street
**Detroit, X 75436**

City                                State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.23**
☐ Schedule G, line _____
**El Dorado Chemicals**

---

**3.21**

**Middelkoop Dairy, LLC**
Name
**1995 CR 2225**
Number        Street
**Detroit, X 75436**

City                                State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.24**
☐ Schedule G, line _____
**Farm Country**

---

**3.22**

**Middelkoop Dairy, LLC**
Name
**1995 CR 2225**
Number        Street
**Detroit, X 75436**

City                                State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.25**
☐ Schedule G, line _____
**Feeders Supply**

---

**3.23**

**Middelkoop Dairy, LLC**
Name
**1995 CR 2225**
Number        Street
**Detroit, X 75436**

City                                State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.26**
☐ Schedule G, line _____
**Freerk de Jong**

---

**3.24**

**Middelkoop Dairy, LLC**
Name
**1995 CR 2225**
Number        Street
**Detroit, X 75436**

City                                State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.28**
☐ Schedule G, line _____
**Highway 82 Welding**

---

**3.25**

**Middelkoop Dairy, LLC**
Name
**1995 CR 2225**
Number        Street
**Detroit, X 75436**

City                                State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.30**
☐ Schedule G, line _____
**I-B-A Dairy Supplies**

---

Debtor 1    **Jan Dobben**

Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

| | **Additional Page to List More Codebtors** |

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.26**

**Middelkoop Dairy, LLC**
Name

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.31**

☐ Schedule G, line _____

**JAK Fertilizer**

---

**3.27**

**Middelkoop Dairy, LLC**
Name

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.33**

☐ Schedule G, line _____

**Joseph & Georgia Frankenberg**

---

**3.28**

**Middelkoop Dairy, LLC**
Name

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **2.1**

☐ Schedule G, line _____

**Lamar County Appraisal District**

---

**3.29**

**Middelkoop Dairy, LLC**
Name

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.34**

☐ Schedule G, line _____

**Lamar County Electric**

---

**3.30**

**Middelkoop Dairy, LLC**
Name

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.35**

☐ Schedule G, line _____

**Lamar County Water Supply**

---

**3.31**

**Middelkoop Dairy, LLC**
Name

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.36**

☐ Schedule G, line _____

**Livestock Nutrition Center**

---

Debtor 1   **Jan Dobben**

Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.32 | **Middelkoop Dairy, LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.37** |
| | **1995 CR 2225** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | **Detroit, X 75436** | | **McCraw Oil** |
| | City      State      ZIP Code | | |

| 3.33 | **Middelkoop Dairy, LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.38** |
| | **1995 CR 2225** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | **Detroit, X 75436** | | **N.E. Texas Coop** |
| | City      State      ZIP Code | | |

| 3.34 | **Middelkoop Dairy, LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.39** |
| | **1995 CR 2225** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | **Detroit, X 75436** | | **Nationwide Insurance** |
| | City      State      ZIP Code | | |

| 3.35 | **Middelkoop Dairy, LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.40** |
| | **1995 CR 2225** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | **Detroit, X 75436** | | **Paris Farm & Ranch** |
| | City      State      ZIP Code | | |

| 3.36 | **Middelkoop Dairy, LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.41** |
| | **1995 CR 2225** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | **Detroit, X 75436** | | **Pest Protector Service** |
| | City      State      ZIP Code | | |

| 3.37 | **Middelkoop Dairy, LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.42** |
| | **1995 CR 2225** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | **Detroit, X 75436** | | **R.J. VanBeek** |
| | City      State      ZIP Code | | |

Debtor 1    **Jan Dobben**

Debtor 2    **Carla L. Dobben**

Case number (if known)    **17-50169-btr**

| | **Additional Page to List More Codebtors** |
|---|---|

Column 1:  **Your codebtor**                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.38 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **2.2**

☐ Schedule G, line _____

**Red River Appraisal District**

| 3.39 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **2.3**

☐ Schedule G, line _____

**Red River County Tax**

| 3.40 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.43**

☐ Schedule G, line _____

**Richard Drake**

| 3.41 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.45**

☐ Schedule G, line _____

**Sanitation Solutions**

| 3.42 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.48**

☐ Schedule G, line _____

**Southern Milk Test**

| 3.43 | **Middelkoop Dairy, LLC** |
|---|---|
| | Name |

**1995 CR 2225**
Number        Street

**Detroit, X 75436**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.49**

☐ Schedule G, line _____

**Sprint**

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**

Case number (if known)   **17-50169-btr**

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.44 | **Middelkoop Dairy, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **1995 CR 2225** | | |
| | Number      Street | | |
| | **Detroit, X 75436** | | |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.50**
☐ Schedule G, line _____
**Sunbelt Minerals**

| 3.45 | **Middelkoop Dairy, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **1995 CR 2225** | | |
| | Number      Street | | |
| | **Detroit, X 75436** | | |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.51**
☐ Schedule G, line _____
**Tri County Construction**

| 3.46 | **Middelkoop Dairy, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **1995 CR 2225** | | |
| | Number      Street | | |
| | **Detroit, X 75436** | | |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.52**
☐ Schedule G, line _____
**USDA - FSA**

| 3.47 | **Middelkoop Dairy, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **1995 CR 2225** | | |
| | Number      Street | | |
| | **Detroit, X 75436** | | |
| | City | State | ZIP Code |

☑ Schedule D, line   **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**USDA - FSA**

| 3.48 | **Middelkoop Dairy, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **1995 CR 2225** | | |
| | Number      Street | | |
| | **Detroit, X 75436** | | |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.55**
☐ Schedule G, line _____
**Wheeler Construction**

| 3.49 | **Middelkoop Dairy, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **1995 CR 2225** | | |
| | Number      Street | | |
| | **Detroit, X 75436** | | |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.56**
☐ Schedule G, line _____
**William "Bill" Zahn**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jan**                              **Dobben** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Carla**          **L.**          **Dobben** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-50169-btr** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number  Street | _____<br>Number  Street |
| | _____ | _____ |
| | _____ | _____ |
| | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | _____ | _____ |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.  2. | $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay.  3. **+** | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3.  4. | $0.00 | $0.00 |

Debtor 1 **Jan Dobben**

Debtor 2 **Carla L. Dobben**

Case number (if known) **17-50169-btr**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................... ➔ | 4. | **$0.00** | **$0.00** |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | **$0.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. Insurance | 5e. | **$0.00** | **$0.00** |
| 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. Other deductions. Specify: _____ | 5h. **+** | **$0.00** | **$0.00** |

| | | | |
|---|---|---|---|
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$0.00** | **$0.00** |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. Social Security | 8e. | **$0.00** | **$1,184.00** |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: **Medicare** | 8f. | **$0.00** | **$108.00** |
| 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. Other monthly income. Specify: _____ | 8h. **+** | **$0.00** | **$0.00** |

| | | | |
|---|---|---|---|
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$1,292.00** |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$0.00** + | **$1,292.00** = **$1,292.00** |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: _____ | 11. **+** | **$0.00** |
|---|---|---|

| **12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | **$1,292.00** **Combined monthly income** |
|---|---|---|

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: **Debtor 1 is actively seeking employment.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jan** | | **Dobben** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carla** | **L.** | **Dobben** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number | **17-50169-btr** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No.  Go to line 2.

    ☑ Yes.  **Does Debtor 2 live in a separate household?**

        ☑ No

        ☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**       ☑ No

    Do not list Debtor 1 and       ☐ Yes.  Fill out this information
    Debtor 2.                                    for each dependent....................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**       ☑ No
        ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**
    Include first mortgage payments and any rent for the ground or lot.

    4.  _____ **$550.00**

    If not included in line 4:

    4a.  Real estate taxes       4a.  _____ **$200.00**

    4b.  Property, homeowner's, or renter's insurance       4b.  _____ **$300.00**

    4c.  Home maintenance, repair, and upkeep expenses       4c.  _____ **$200.00**

    4d.  Homeowner's association or condominium dues       4d.  _____

Debtor 1 **Jan Dobben**
Debtor 2 **Carla L. Dobben** _____ Case number (if known) **17-50169-btr**

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$300.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$25.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$200.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | |
| 10. | **Personal care products and services** | 10. | |
| 11. | **Medical and dental expenses** | 11. | **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$100.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$274.00** |
| | 15b. Health insurance | 15b. | **$500.00** |
| | 15c. Vehicle insurance | 15c. | **$200.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2011 Chevrolet Tahoe** | 17a. | **$505.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: **2014 Kubota Mower** | 17c. | **$302.00** |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**                                                      Case number (if known)   **17-50169-btr**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.   Mortgages on other property                                              20a.   _____

   20b.   Real estate taxes                                                        20b.   _____

   20c.   Property, homeowner's, or renter's insurance                            20c.   _____

   20d.   Maintenance, repair, and upkeep expenses                                20d.   _____

   20e.   Homeowner's association or condominium dues                             20e.   _____

21. **Other.**   Specify: _____                 21.   **+** _____

22. **Calculate your monthly expenses.**

   22a.   Add lines 4 through 21.                                                 22a.   | **$4,256.00** |

   22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   _____

   22c.   Add line 22a and 22b.  The result is your monthly expenses.             22c.   | **$4,256.00** |

23. **Calculate your monthly net income.**

   23a.   Copy line 12 (your combined monthly income) from Schedule I.            23a.   **$1,292.00**

   23b.   Copy your monthly expenses from line 22c above.                         23b.   **−** **$4,256.00**

   23c.   Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                                 23c.   | **($2,964.00)** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
   payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.   Explain here:
            **None.**

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Jan** | **Dobben** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carla** | **L.** | **Dobben** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **17-50169-btr**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended
schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | **$485,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | **$34,975.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | **$519,975.00** |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$149,600.00** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$6,558.29** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$1,571,484.73** |
| | **Your total liabilities** | **$1,727,643.02** |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................................. | **$1,292.00** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................... | **$4,256.00** |

Debtor 1   **Jan Dobben**
Debtor 2   **Carla L. Dobben**                                             Case number (if known)   **17-50169-btr**

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.      _____

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)      _____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)      _____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)      _____

9d.   Student loans.  (Copy line 6f.)      _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)      _____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)      **+** _____

9g.   **Total.**   Add lines 9a through 9f.      _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jan** | | **Dobben** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Carla** | **L.** | **Dobben** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **17-50169-btr**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jan Dobben**                          X **/s/ Carla L. Dobben**
Jan Dobben, Debtor 1                          Carla L. Dobben, Debtor 2

Date **09/25/2017**                          Date **09/25/2017**
     MM / DD / YYYY                                MM / DD / YYYY