Sharon H. Sjostrom, ID #09836700
BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)
Attorneys for Diversified Financial Services, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
(TEXARKANA DIVISION)

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17-50169 |
| JAN DOBBEN ) | |
| and ) | |
| CARLA L. DOBBEN ) | |
|     Debtor(s) ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE PURSUANT to Bankruptcy Rules 2002 and 9010(b) that the undersigned law firm is appearing for DIVERSIFIED FINANCIAL SERVICES, LLC, a creditor and interested party in the above numbered and entitled bankruptcy case.  The undersigned requests that all notices given or required to be given in this case and papers served or required to be served in this case be given to and served upon the following:

BLALACK & WILLIAMS, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244
214/630-1916
214/630-1112 (fax)

PLEASE TAKE FURTHER NOTICE that the foregoing Request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any Orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering

or replying papers, memoranda and briefs in support of any of the foregoing and any other document brought before this court with request to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

        Respectfully submitted,

        BLALACK & WILLIAMS, P.C.
        Attorneys for Movant

BY:  /s/ Sharon H. Sjostrom
       Sharon H. Sjostrom, ID #09836700
       4851 LBJ Freeway, Ste. 750
       Dallas, TX 75244
       214/630-1916; 214/630-1112 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon Jan and Carla L. Dobben, Debtor (s), 1995 CT 2225, Detroit, TX 75436; Joyce W. Lindauer, Attorney for Debtor(s), 12720 Hillcrest Road, Suite 625, Dallas, TX 75230; Linda S Payne, Chapter 7 Bankruptcy Trustee, 12770 Coit Road, Suite 541, Dallas, TX 75251-1366; upon the US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702; and upon the parties requesting notice listed below, by first class mail, address service requested, or e-mail on this 22nd day of November, 2017.

        /s/ Sharon H. Sjostrom
        Sharon H. Sjostrom

**Parties requesting notice:**
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541